[No. 7853.]

J. O. PACKER v. ROWLAND ET AL.

*Error to Las Animas County Court*—Hon. ROBERT R. Ross, Judge.

Messrs. NORTHCUTT & McHENDRIE, for plaintiff in error.

Messrs. McCHESNEY & McCHESNEY, for defendants in error.

*Per Curiam.* The judgment of the County court is affirmed.

Decision *en banc.*